**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 9, 2025

_____

RESPONSE REQUESTED - SIMILAR CASES

_____

No.   25-1355,   Bacardi and Company Limited v. Coke Stewart
1:21-cv-01441-LMB-IDD

TO:   Coke Morgan Stewart
United States Patent & Trademark Office
Bacardi and Company Limited
Bacardi USA, Incorporated
Empresa Cubana Exportadora de Alimentos y Productos Varios

**RESPONSE DUE: 09/12/2025**

Response is required to the notice requesting information regarding similar cases on or before 09/12/2025. **Please use the following form to submit response:** Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).**

K. Hancock, Deputy Clerk
804-916-2702