# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 25-1355　　　Date of Oral Argument: 12/09/25

Caption: Bacardi and Company Limited v. Coke Morgan Stewart

Attorney Arguing: Weili J. Shaw

Arguing on Behalf of (party name): Coke Morgan Stewart

Select party type:
☐ Appellant　☒ Appellee　☐ Appellant/Cross-Appellee　☐ Appellee/Cross-Appellant　☐ Amicus　☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.
　→20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
　→Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Weili J. Shaw
Phone Number (day of argument): 917-693-3191

Principal Argument Time: 18　　　Rebuttal Argument Time (if any):
(for appellants and appellees)　　　(appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time: Carl Micarelli
Phone Number (day of argument): 646-361-7304

Principal Argument Time: 2　　　Rebuttal Argument Time (if any):
(for appellants and appellees)　　　(appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:　　　Select one of the following: ☐ Order allowing argument time　☐ Court-Appointed Amicus

Signature: s/ Weili J. Shaw　　　Date: 10/17/25

12/01/2024 NA