# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 25-1355     Date of Oral Argument: 12/09/25

Caption: Bacardi & Co. Ltd. et al. v. Stewart et al.

Attorney Arguing: Carl Micarelli

Arguing on Behalf of (party name): Empresa Cubana Exportadora de Alimentos y Productos Varios

Select party type:
☐ Appellant   ☑ Appellee   ☐ Appellant/Cross-Appellee   ☐ Appellee/Cross-Appellant   ☐ Amicus   ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.

→ 20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→ Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Weili J. Shaw (for U.S. Gov't appellees)
Phone Number (day of argument): 917-693-3191

Principal Argument Time: 18     Rebuttal Argument Time (if any):
(for appellants and appellees)     (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time: Carl Micarelli
Phone Number (day of argument): 646-361-7304

Principal Argument Time: 2     Rebuttal Argument Time (if any):
(for appellants and appellees)     (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:     Select one of the following:   ☐ Order allowing argument time    ☐ Court-Appointed Amicus

Signature: /s/ Carl Micarelli     Date: 10/17/25

12/01/2024 NA