FILED: June 15, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————

No. 25-1355
(1:21-cv-01441-LMB-IDD)

———————————————

BACARDI & COMPANY LIMITED; BACARDI USA, INC.

  Plaintiffs - Appellants

v.

JOHN A. SQUIRES, in his official capacity as the Director of the United States Patent & Trademark Office; UNITED STATES PATENT & TRADEMARK OFFICE

  Defendant - Appellee

 and

 EMPRESA CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS

  Intervenor/Defendant - Appellee

———————————————

O R D E R

———————————————

The court substitutes John A. Squires for Coke Morgan Stewart as a party to this proceeding.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk