FILED: August 10, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1355
(1:21-cv-01441-LMB-IDD)

_____

BACARDI & COMPANY LIMITED; BACARDI USA, INC.

      Plaintiffs - Appellants

v.

JOHN A. SQUIRES, in his official capacity as the Director of the United States Patent & Trademark Office; UNITED STATES PATENT & TRADEMARK OFFICE

      Defendant - Appellee

 and

 EMPRESA CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS

      Intervenor/Defendant - Appellee

_____

M A N D A T E

_____

The judgment of this court, entered June 16, 2026, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*